Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**James E. DelBello**
215.963.5182
jdelbello@morganlewis.com

December 29, 2005

## VIA HAND DELIVERY

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
US Post Office & Courthouse Bldg., Room 369
Newark, NJ 07102

Re:   McCoy v. Health Net, Inc., et al.
      Civil Action No. 03-1801(FSH)
      Wachtel, et al. v. Health Net, Inc., et al.
      Civil Action No. 01-4183(FSH)

Dear Judge Hochberg:

Enclosed please find the Certification of James E. DelBello, Esq. submitted in response to this Court's Order dated December 21, 2005. Copies of the certification are being provided to counsel of record as set forth below. In addition, please find the documents that Defendants are producing only to the Court for an *in camera* inspection pursuant to the Court's December 21, 2005 Order.

Respectfully,

James E. DelBello

Enclosures

cc:   Honorable Patty Shwartz, U.S.M.J. (via hand delivery) (certification enclosed)
      Barry M. Epstein, Esq. (via hand delivery) (certification enclosed)
      Barbara G. Quackenbos, Esq. (via hand delivery) (certification enclosed)
      Stuart M. Feinblatt, Esq. (via hand delivery) (certification enclosed)
      Ms. Shannon Bishop  (via e-mail) (certification enclosed)
      D. Brian Hufford, Esq. (via Federal Express) (certification enclosed)
      Robert J. Axelrod, Esq. (via Federal Express) (certification enclosed)



Morgan Lewis
COUNSELORS AT LAW

cc continued:

Jay H. Calvert, Jr., Esq. (via Federal Express) (certification enclosed)
Robert A. White, Esq. (via Federal Express) (certification enclosed)
Hervé Gouraige, Esq. (via Federal Express) (certification enclosed)
William S. Greenberg, Esq. (via Federal Express) (certification enclosed)
John J. Gibbons, Esq. (via Federal Express) (certification enclosed)