UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br>v.<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br>          Defendants. | Civil Action No. 03-cv-1801 (FSH)(PS) |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>GUARDIAN LIFE INSURANCE CO. OF AMERICA, HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br><br>          Defendants. | Civil Action No. 01-cv-4183(FSH)(PS)<br><br>**CERTIFICATION OF JAMES E. DELBELLO, ESQ. IN SUPPORT OF HEALTH NET DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFFS' MOTION IN FURTHER SUPPORT OF APPLICATION FOR A DISCOVERY MONITOR AND DEFAULT** |

James E. Delbello, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for the Health Net defendants in the above-captioned matter. I am fully familiar with the facts set forth herein and make this Certification based on personal knowledge.

2. Attached hereto as Exhibit A is a true and accurate copy of an interview with Barry M. Epstein entitled *E-Discovery: A Guide for Corporate Counsel – Sills Cummis' Contribution to The Discussion on Electronic Discovery – Part 1*, The Metropolitan Corporate Counsel, Vol. 12, No. 7.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the transcript of proceedings held on November 16, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts from the transcript of proceedings held on October 17, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

5. Attached hereto as Exhibit D is a true and accurate copy of excerpts from the transcript of proceedings held on November 22, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

6. Attached hereto as Exhibit E is a true and accurate copy of excerpts from the transcript of the deposition of Karen Davezac dated November 30, 2005.

7. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the transcript of proceedings on November 15, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

8. Attached hereto as Exhibit G is a true and accurate copy of correspondence dated May 5, 2003 between Lee Barry of DOBI and Eileen O'Donnell of Health Net.

9. Attached hereto as Exhibit H is a true and accurate copy of excerpts from the transcript of proceedings on March 17, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

10. Attached hereto as Exhibit I is a true and accurate copy of the certification of Heather Taylor, Esq. dated November 15, 2005.

11. Attached hereto as Exhibit J is a true and accurate copy of excerpts from the transcript of proceedings on November 20, 2003 before the Honorable Faith S. Hochberg, U.S.D.J.

12. Attached hereto as Exhibit K is a true and accurate copy of Paul Dominianni's telephone records dated November 18 – November 20, 2003 with the accompanying certification of John O' Reilly.

13. Attached hereto as Exhibit L is a true and accurate copy of excerpts from the transcript of proceedings on November 17, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

14. Attached hereto as Exhibit M is a true and accurate copy of correspondence dated June 12, 2003 from Barry Epstein, Esq. to the Honorable Patty Shwartz, U.S.M.J.

15. Attached hereto as Exhibit N is a true and accurate copy of the certification of Heather Taylor, Esq. dated December 12, 2005.

16. Attached hereto as Exhibit O is a true and accurate copy of the certification of Jay H. Calvert, Jr., Esq. dated December 12, 2005.

17. Attached hereto as Exhibit P is a true and accurate copy of the certification of James E. DelBello, Esq. dated December 29, 2005.

18. Attached hereto as Exhibit Q is a true and accurate copy of (1) correspondence dated March 15, 2005 from Hervè Gouraige, Esq. to the Honorable Patty Shwartz, U.S.M.J; (2) correspondence dated March 24, 2005 from Barbara G. Quackenbos, Esq. to the Honorable Patty Shwartz, U.S.M.J; and (3) correspondence dated March 31, 2005 from Hervè Gouraige, Esq. to the Honorable Patty Shwartz, U.S.M.J.

19. Attached hereto as Exhibit R is a true and accurate copy of the certification of Donald Hall, dated December 28, 2005.

20. Attached hereto as Exhibit S is a true and accurate copy of seventy-one discovery orders issued in this litigation.

21. Attached hereto as Exhibit T is a true and accurate copy of excerpts from the transcript of the deposition on January 7, 2005 of Carol Richey.

22. Attached hereto as Exhibit U is a true and accurate copy of correspondence dated March 31, 2005 from Hervè Gouraige, Esq. to the Honorable Patty Shwartz, U.S.M.J.

23. Attached hereto as Exhibit V is a bar graph depicting Defendants' document production during the course of this litigation.

24. Attached hereto as Exhibit W is a true and accurate copy of correspondence dated December 9, 2005 from James E. DelBello, Esq. to Barbara G. Quackenbos, Esq.

25. Attached hereto as Exhibit X is a true and accurate copy of correspondence dated October 22, 2002 from Karen Davezac to Eileen O'Donnell. This document bears the Bates number PHS 8136082.

26. Attached hereto as Exhibit Y is a true and accurate copy of correspondence dated December 3, 2002 from Eileen O'Donnell to Dan Sibol. This document bears the Bates number PHS 8136030.

27. Attached hereto as Exhibit Z is a true and accurate copy of excerpts from the transcript of the deposition on October 25, 2005 of Eileen O'Donnell.

28. Attached hereto as Exhibit AA is a true and accurate copy of actuarial estimates produced to plaintiffs on January 5, 2005 and September 12, 2005. These documents bear the Bates numbers PHS 0135015 – PHS 0135016 and PHS 7051145 – PHS 7051147.

29. Attached hereto as Exhibit BB is a true and accurate copy of excerpts from the transcript of proceedings on October 18, 2005 before the Honorable Faith S. Hochberg, U.S.D.J.

I certify that the foregoing statements made by me are true.

Dated: January 5, 2005                     /s/ James E. DelBello
                                           James E. DelBello