NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEV AND LINDA WACHTEL, *et al.*, ) | Civ. Docket No. 01-4183 |
| ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTH NET, INC., HEALTH NET ) | |
| OF THE NORTHEAST, INC., and ) | |
| HEALTH NET OF NEW JERSEY, INC. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| RENEE MCCOY, individually and on ) | |
| behalf of all others similarly situated, ) | Civ. Docket No. 03-1801 |
| ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| HEALTH NET, INC., HEALTH NET ) | Date: February 28, 2007 |
| OF THE NORTHEAST, INC., and ) | |
| HEALTH NET OF NEW JERSEY, INC. ) | |
| ) | |
| Defendants. ) | |

This Court having recently heard testimony during the February 21, 2007 Hearing with respect to whether sanctions should issue against Herve Gouraige, Esq.; and the Court having notified co-counsel Calvert and DelBello during such hearing that their conduct in connection with the same matter may also subject them to the same or similar exposure as Mr. Gouraige, which is hereby confirmed in the instant Order,

1

**IT IS** on this 28th day of February, 2007,

**ORDERED** that the Court is considering sanctions against Messrs. Calvert and DelBello as stated at the Court's February 21, 2007 Hearing and identified in the second ordering paragraph of the Court's January 22, 2007 Order; and it is

**ORDERED** that, if Messrs. Calvert and/or DelBello wish this Court to consider any further evidence in connection with its consideration as to whether sanctions are warranted against either of them, any such submission to supplement the hearing record shall not exceed 10 pages and shall be filed **no later than March 7, 2007**.  Nothing in this Order shall be construed to require any supplemental filing.  Plaintiffs may file any response **no later than March 14, 2007**, and no replies will be allowed.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.