# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY  10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com

**Cathy Fleming**
212-912-2743
888-325-9807 (direct fax)
cfleming@eapdlaw.com

February 28, 2007

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

    Re:    <u>McCoy v. Health Net, Inc., et al.</u>
             <u>Civil Action No. 03-cv-1801 (FSH)</u>
             <u>Wachtel, et al. v. Health Net, Inc., et al.</u>
             <u>Civil Action No. 01-cv-4183 (FHS)</u>

Dear Judge Hochberg:

I am writing to advise the Court and counsel for the parties that I am changing law firms effective March 5, 2007. I will be a partner at Nixon Peabody, LLP.

I asked Nixon Peabody to do a conflicts check for the parties in this case and I am advised that it came back with no conflicts. I am unaware of any conflicts or any other reason why I cannot continue to serve as a Special Discovery Master in this case.

By copy of this letter, I am asking counsel for the parties to advise the Court and me if there is any reason to anyone's knowledge which would prevent me from continuing as Special Discovery Master in these cases after I move to Nixon Peabody.

It is my intention to submit another affidavit after I have become a partner at Nixon Peabody. My billing rates at Nixon Peabody will remain the same as set forth in the Court's earlier order.

My contact information at Nixon Peabody will be:

>Cathy Fleming, Esq.
>Nixon Peabody, LLP
>437 Madison Avenue
>New York, New York 10022
>Tel.: (212) 940-3000
>Fax: (212) 940-3111
>cfleming@nixonpeabody.com

>or

>Cathy Fleming, Esq.
>Nixon Peabody, LLP
>779 Closter Dock Road
>Closter, New Jersey 07624
>(201) 615-4421

Respectfully submitted,

Cathy Fleming

cc: B. John Pendleton, Esq.
Heather V. Taylor, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Barry M. Epstein, Esq.
Barbara G. Quackenbos, Esq.
Michele Lefkowitz, Esq.
Sills Cummis Epstein & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102

Jay Calvert Jr., Esq.
James DelBello, Esq.
Colleen Meehan, Esq.
Robert White, Esq.
George McClellan, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Herve Gouraige, Esq.
Barry Kazan, Esq.
Richard Davis, Esq.
James P. Flynn, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177-1211

John Gibbons, Esq.
Kevin McNulty, Esq.
Gibbons Del Deo Dolan Griffinger & Vecchione
One Gateway Center
Newark, New Jersey 07102-5310

D. Brian Hufford, Esq.
Robert Axelrod, Esq.
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue
New York, New York 10017-5516

Jonathan Alpert, Esq.
The Alpert Law Firm
5920 River Terrace
Tampa, FL 33604-6526

David Stanley, Esq.
Cuneo Gilbert & DeLuca
507 C Street N.E.
Washington D.C. 20002