**NOT FOR PUBLICATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| —————————————————————— | ) | |
| ZEV AND LINDA WACHTEL, *et al.*, | ) | Civ. Docket No.   01-4183 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTH NET, INC., HEALTH NET | ) | |
| OF THE NORTHEAST, INC., and | ) | |
| HEALTH NET OF NEW JERSEY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| —————————————————————— | ) | |
| | | |
| —————————————————————— | ) | |
| | ) | |
| RENEE MCCOY, individually and on | ) | |
| behalf  of all others similarly situated, | ) | Civ. Docket No.   03-1801 |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | Date: April 27, 2007 |
| HEALTH NET, INC., HEALTH NET | ) | |
| OF THE NORTHEAST, INC., and | ) | |
| HEALTH NET OF NEW JERSEY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| —————————————————————— | ) | |

**HOCHBERG, District Judge:**

This matter coming before this Court upon the Court's December 6, 2006 Opinion and

Order and Plaintiffs' counsel's December 18, 2006 and January 9, 2007 Fee Applications; and

it appearing that Sills Cummis Epstein & Gross's ("Sills Cummis") December 18, 2006

Fee Application requested $4,136,531.50 in attorney's fees and $92,549.90 in expenses for the

time period July 19, 2005 to November 30, 2006; and

it appearing that Sills Cummis's January 9, 2007 submission revised its previous

December 18, 2006 fee request for time worked between July 19, 2005 to November 30, 2006 by

deleting 3.4 hours by Stuart Feinblatt, 1 hour by Barbara Quackenbos, and 3.9 hours by Shannon

Bishop (a total of $2,942.5 in attorney's fees) from its December 18, 2006 request, *see* January 9,

2007 Barbara Quackenbos Affirmation at ¶18; and

it appearing that Sills Cummis states that the revised requested amount for attorneys' fees

for the time period July 19, 2005 to November 30, 2006 is $4,138,631.50, *see* January 9, 2007

Barbara Quackenbos Affirmation at ¶18, which is *larger*, not smaller, than the previous fee

request;[1] and

it appearing that the sum of the expenses documented in Sills Cummis's December 18,

2006 submission, for the time period July 19, 2005 to November 30, 2006, is $92,549.90; that

the sum of the expenses documented in Sills Cummis's January 9, 2007 submission, for the time

period prior to July 19, 2005, is $65,549.47; and that the total sum of Sills Cummis's expenses is

therefore $158,099.37; and

it appearing that Sills Cummis states that its total expenses are $151,385.79, *see* Barbara

Quackenbos's January 9, 2007 Affirmation at ¶20; and

it appearing that Plaintiffs' counsel Pomerantz Haudek Block Grossman & Gross does

not apportion its attorney's fees between the *McCoy* and *Wachtel* case for time spent before July

23, 2003, which is the date that the Court consolidated the two cases for pre-trial purposes; and

---

[1] Sills Cummis's "McCoy Fee Summary" for the time period July 19, 2005 to November 30, 2006, attached as an Exhibit to its January 9, 2007 Fee Application, adds 14 hours of time to Justine Gilles' hours instead of deleting 3.4 hours by Stuart Feinblatt, 1 hour by Barbara Quackenbos, and 3.9 hours by Shannon Bishop.

it appearing that Plaintiffs' counsel Pomerantz Haudek Block Grossman & Gross's

expense reimbursement request states "Depositions and Transcripts, $19,030.06" without

identifying the specific expenses and dates;

**IT IS** on this 27th day of April, 2007,

**ORDERED** that Plaintiffs' counsel Sills Cummis shall **by May 4, 2007** in no more than

2 pages (1) clarify the arithmetic calculations in its attorney's fees request for the time period

between July 19, 2005 to November 30, 2006 and its total expense request; and (2) specify the

number of hours spent by each attorney listed in its fee application for work on the "word-

searchability of e-mails and attachments," identifying the attorney, the date, and the number of

hours worked; and it is

**ORDERED** that Plaintiffs' counsel Pomerantz Haudek Block Grossman & Gross shall

**by May 4, 2007** (1) submit a 2-page submission apportioning its hours worked between the

*McCoy* and *Wachtel* case for the time period prior to July 23, 2003; and (2) provide a short list

identifying the specific expenses and dates of those expenses that comprise its $19,030.06

expense request.

/s/     Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.