UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br><br>        Defendants. | Docket No. 03-CV-1801 (FSH)(PS) |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor children, TORY BRETT and JESSE WACHTEL, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br><br>        Defendants. | Docket No. 01-CV-4183 (FSH) (PS) |

**PLAINTIFFS' NOTICE OF MOTION TO ADOPT SPECIAL MASTER FLEMING'S REPORT ISSUED ON MAY 31, 2007 WITH THE EXCEPTION OF HER STATEMENTS REGARDING LACK OF EVIDENCE OF BAD FAITH AND INTENTIONAL DESTRUCTION OF EMAILS**

TO:

| | |
|---|---|
| Jay H. Calvert, Jr., Esq.<br>Robert White, Esq.<br>George McLellan, Esq.<br>Morgan, Lewis & Bockius<br>1701 Market Street<br>Philadelphia, PA 19013-2921 | Herve Gouraige, Esq.<br>Barry Kazan, Esq.<br>Richard Davis, Esq.<br>Epstein Becker & Green, P.C.<br>Two Gateway Center, 12 Floor<br>Newark, NJ 07102 |

John J. Gibbons, Esq.
Kevin McNulty, Esq.
Gibbons DelDeo Dolan Griffinger &
Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Attorneys for Defendants

**COUNSEL**:

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiffs shall apply to the United States District Court of New Jersey, at the United States Post Office & Courthouse Building, Federal Square, Newark, New Jersey 07101, before the Honorable Faith S. Hochberg, U.S.D.J., on a time and date as the Court may direct, at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting Plaintiffs' motion to adopt Special Master Fleming's Report Issued on May 31, 2007 with the Exception of Her Statements Regarding Lack of Evidence of Bad Faith and Intentonal Destruction of Emails.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely on the accompanying Memorandum in Support of their Motion and proposed form of Order.

Dated: June 20, 2007

Respectfully submitted,

**SILLS CUMMIS EPSTEIN & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By: _____
Barry M. Epstein

By: _____
Barbara G. Quackenbos

2

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**
100 Park Avenue
New York, New York 10017
(212) 661-1100

By: _____
D. Brian Hufford

**THE CUNEO LAW GROUP, P.C.**

**THE ALPERT LAW FIRM**

Attorneys for Plaintiffs

3