# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br><br>        Defendants. | Civil Action No. 03-cv-1801 (FSH)(PS) |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor son, TORY WACHTEL, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GUARDIAN LIFE INSURANCE CO. OF AMERICA, HEALTH NET, INC., HEALTH NET OF THE NORTHEAST, INC. and HEALTH NET OF NEW JERSEY, INC.,<br><br>        Defendants. | Civil Action No. 01-cv-4183(FSH)(PS)<br><br>**DEFENDANTS' NOTICE OF MOTION TO STRIKE PLAINTIFFS' REPLY BRIEF OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SURREPLY BRIEF**<br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

TO:    Barry M. Epstein, Esquire    D. Brian Hufford, Esquire
           Barbara G. Quackenbos, Esquire    Robert J. Axelrod, Esquire
           Wilentz Goldman & Spitzer    Susan J. Weiswasser, Esquire
           90 Woodbridge Center Drive    Pomerantz Haudek Block
           Suite 900, Box 10    Grossman & Gross, LLP
           Woodbridge, New Jersey 07097    100 Park Avenue
                                                            New York, New York 10017

PLEASE TAKE NOTICE that Health Net, Inc., Health Net of the Northeast, Inc. and Health Net of New Jersey, Inc. (collectively, "Defendants") hereby move to strike Plaintiffs' Reply Brief In Response To Health Net's Submission Regarding Special Master Cathy Fleming's May 31, 2007 Report or, in the alternative, move for leave to file a Surreply Brief.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon the accompanying Memorandum of Law, Certification of Robert A. White and proposed form of Order.

Dated: August 6, 2007

|  |  |
|---|---|
| Jay H. Calvert, Jr.<br>James E. DelBello<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>215.963.5000 | s/ Robert A. White<br>MORGAN LEWIS & BOCKIUS LLP<br>(A Pennsylvania Limited Liability Partnership)<br>502 Carnegie Center<br>Princeton, NJ 08540<br>609.919.6600<br><br>Hervé Gouraige<br>EPSTEIN BECKER & GREEN, P.C.<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>973.642.1900<br><br>Attorneys for Defendants<br>Health Net, Inc., Health Net of the Northeast, Inc., and Health Net of New Jersey, Inc. |