```
                    THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                    CIVIL ACTION NO. 01-4183 (FSH)
                    CIVIL ACTION NO. 03-1801 (FSH)
- - - - - - - - - - - - - - - - x
ZEV and LINDA WACHTEL, etc.,    :
                                :           TRANSCRIPT
          Plaintiffs,           :              OF
          -v-                   :          PROCEEDINGS
GUARDIAN LIFE, et al.,          :
          Defendant.            :
- - - - - - - - - - - - - - - - x
RENEE MC COY,                   :
                                :
          Plaintiff,            :
          -v-                   :
HEALTHNET, INC., et al.,        :
          Defendants.           :      April 10, 2008
x - - - - - - - - - - - - - - - x      Newark, New Jersey


B E F O R E:   HONORABLE FAITH S. HOCHBERG, U.S.D.J.

A P P E A R A N C E S:

          WILENTZ, GOLDMAN & SPITZER, ESQS.,
          BY:  BARRY M. EPSTEIN, ESQ.,
               BARBARA QUACKENBOS, ESQ.,
               KEVIN RODDY, ESQ.,
               JORDAN LEWIS, ESQ.,
          Attorneys for the Plaintiff McCoy

          POMERANTZ, HAUDEK, BLOCK,
          GROSSMAN & GROSS, ESQS.,
          BY:  D. BRIAN HUFFORD, ESQ.,
               ROBERT AXELROD, ESQ.,
          Attorneys for the Plaintiff Wachtel

          MORGAN, LEWIS & BOCKIUS, ESQS.,
          BY:  JAY H. CALVERT, ESQ.,
               JAMES DEL BELLO, ESQ.,
          Attorneys for the Defendants
```

Purusant to Section 753 Title 28 United States Code, the following transcript is certified to be an accurate record taken stenographically in the above entitled proceedings.

JOHN KEVIN STONE,
Official Court Reporter